**Paul B. NEWELL, Plaintiff/Appellant,**

v.

**FIREMEN'S FUND INSURANCE CO., Diane Armstrong and Matthew Manley, Defendants/Respondents.**

No. 74702.

Missouri Court of Appeals,
Eastern District,
Division Four.

April 6, 1999.

Mark I. Bronson, St. Louis, for appellant.

Jeffrey K. Suess, Adrian P. Sulser, Todd L. Beekley, Patricia B. Frank, St. Louis, for respondents.

Before MARY K. HOFF, P.J., GARY M. GAERTNER, J., and RHODES RUSSELL, J.

*ORDER*

PER CURIAM.

Paul B. Newell appeals the trial court's grant of summary judgment in favor of defendants, Firemen's Fund Insurance Company, Diane Armstrong and Matthew Manley,

in his action against defendants for malicious prosecution and abuse of process.

No error of law appears. A written opinion reciting the detailed facts and restating the principles of law would have no precedential value. However, the parties have been furnished with a memorandum for their information only, setting forth the reasons for this order.

We affirm the judgment pursuant to Rule 84.16(b).